1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  MICHAEL C. KEO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MICHAEL C. KEO, an individual,   ) Case No.: 8:24-cv-02307-DOC-ADS
12 |             Plaintiff,           ) **NOTICE OF CONDITIONAL**
13 |        vs.                       ) **SETTLEMENT**
14 | MOUNTAIN LAUNDRY                 )
   | CORPORATION, a California        )
15 | corporation,                     )
16 |                                  )
   |             Defendants.          )
17 |                                  )

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 30, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Michael C. Keo