ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff MICHAEL C. KEO

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL C. KEO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN LAUNDRY CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 8:24-cv-02307-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

1
2    **PLEASE TAKE NOTICE** that Plaintiff MICHAEL C. KEO ("Plaintiff") pursuant
3    to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the
4    entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
5    which provides in revelant part:

  (a) **Voluntary Dismissal.**
6
    (1) By the Plaintiff.
7
      (A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and
8
            66 and any applicable federal statute, the plaintiff may dismiss an
9
            action without a court order by filing:
10
          (i)   A notice of dismissal before the opposing party serves either
11
                an answer or a motion for summary judgment.
12
13  Defendant MOUNTAIN LAUNDRY CORPORATION, a California corporation,
14  company neither answered Plaintiff's Complaint, nor filed a motion for summary
15  judgment. Accordingly, Defendant may be dismissed with prejudice and without an
16  Order of the Court.
17
18                                        ASCENSION LAW GROUP, PC
19  DATE: January 6, 2025
20                                    _____/s/ Pamela Tsao_____
21                                       Pamela Tsao, attorney for Plaintiff
22                                              MICHAEL C. KEO

NOTICE OF VOLUNTARY DISMISSAL
8:24-CV-02307-DOC-ADS